433 A.2d 559

Commonwealth v. Wilson, Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.

433 A.2d 560

Day et ux., Appellants v. Keystone Lumber Co., et al.

Argued November 15, 1979. Gilbert S. Merritt, Jr., for appellants; Charles W. Kenrick, for appellees.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment affirmed.

HESTER, J., filed a memorandum dissenting statement.